```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND

THE LEGEND NIGHT CLUB             *

         Plaintiff                *

         vs.                      *   CIVIL ACTION NO. MJG-05-2138
                                         (Consolidated with MJG-05-2686)
PRINCE GEORGE'S COUNTY BOARD      *
OF LICENSE COMMISSIONERS,
et al.                            *

         Defendants               *

*    *    *    *    *    *    *    *    *
```

## MEMORANDUM AND ORDER

The Court has before it the State Defendants' Motion for Relief from Permanent Injunction [Document 142] to which no timely opposition has been filed. The motion appears meritorious and is unopposed.  Under these circumstances, the Court will grant the motion.

However, the Court notes that Plaintiff's counsel of record is no longer representing Plaintiff.  Therefore, the Court will defer the effect of this Order to allow Plaintiff time to obtain replacement counsel and file a motion for reconsideration if there should be a non frivolous basis for such a motion.

1.   The State Defendant's Motion for Relief from Permanent Injunction [Document 142] is GRANTED.

2.   Based on changes in Maryland law pursuant to Chapter 697 of the 2012 Laws of Maryland, which addressed the constitutional deficiencies on which the permanent injunction previously entered in this case was based, the Permanent Injunction issued April 30, 2009 (ECF

      No. 112) is, effective December 15, 2012, DISSOLVED and of no further effect.

3.    This case shall remain closed.

SO ORDERED, on <u>Tuesday, November 13, 2012</u>.

                                        _____/s/_____ _
                                          Marvin J. Garbis
                                 United States District Judge